**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:    Shanda K. Welsh

Debtor(s)

Case No. 19-23468 GLT

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice of the transfer of servicing for the claim referenced in this notice.

Nationstar Mortgage LLC d/b/a Mr Cooper
Name of Transferee:

Name and Address where notices to transferee should be sent:
Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9741
Phone No. 877-343-5602
Last Four Digits of Acct. #3805

Name and Address where transferee payments should be sent (if different from above)
Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741
Phone No. 877-343-5602
Last Four Digits of Acct. #3805

Cenlar FSB
Name of Transferor:

Court Claim #: (if known) 12
Amount of Claim: $187,122.81
Date Claim Filed: 11/11/2019
Phone: 609-883-3900
Last Four Digits of Acct# 9906

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By:___/s/ James C. Warmbrodt, Esquire_____    Date:____1/31/2020_____
    Transferee/Transferee's Agent
    James C. Warmbrodt, Esquire
    Attorney I.D. No. 42524
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322
    jwarmbrodt@kmllawgroup.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.