## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 19-23468 GLT |
| SHANDA K. WELSH, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 48 |
| PINGORA LOAN SERVICING, | ) Related to Docket No. |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 12 |
| | ) |
| SHANDA K. WELSH AND | ) |
| AND RONDA J. WINNECOUR | ) |
| CHAPTER 13 TRUSTEE, | ) |
| | ) |
| Respondent. | ) |

### DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Shanda K. Welsh, by and through her attorney, who respectfully represents the following:

1. On or about August 31, 2019, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Pingora Loan Servicing filed a of Notice of Mortgage Payment Change.
   (a) The monthly mortgage payment of **$1,429.52** is being **increased** to **$1,445.21** effective **2/1/2022.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amount.

Date: 1/24/2022

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670

rodsheph@cs.com

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 24th day of January, 2022, by Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | Pingora Loan Servicing<br>Attn: Maria D. Miksich, Esquire<br>KML Law Group, P.C.<br>mmiksich@kmllawgroup.com |

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
    Pittsburgh, PA 15203
    412 471-9670