# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHANDA K. WELSH                                                                  Case No. 19-23468GLT

                    Debtor(s)                                                            Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

                    Movant                                                             Document No __
            vs.
PINGORA LOAN SERVICING LLC

            Respondents

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

   CREDITOR SAYS THEY CAN NO LONGER IDENTY THE ACCOUNT THE NUMBER APPEARS TO HAVE BEEN REMOVED FROM THEIR SYSTEM.

PINGORA LOAN SERVICING LLC                                   Court claim# 12/Trustee CID# 4
C/O NATIONSTAR MTG LLC dba MR.
COOPER(*)
PO BOX 619094
DALLAS, TX 75261-9741


The Movant further certifies that on 03/18/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                                                /s/ Ronda J. Winnecour
                                                                                RONDA J WINNECOUR PA ID #30399
                                                                                CHAPTER 13 TRUSTEE WD PA
                                                                                600 GRANT STREET
                                                                                SUITE 3250 US STEEL TWR
cc:  debtor(s)                                                                  PITTSBURGH, PA  15219
       original creditor                                                        (412) 471-5566
       putative creditor                                                        cmecf@chapter13trusteewdpa.com
       counsel for debtor(s)
       counsel for the creditor(s) (if known)

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| SHANDA K. WELSH, 294 HILLCREST CIRCLE, PITTSBURGH, PA  15237 | RODNEY D SHEPHERD ESQ, 2030 STILLWATER LANE, MCDONALD, PA 15057 |
| : <br> NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**, ATTN BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX 75261-9741 | ORIGINAL CREDITOR: <br> PINGORA LOAN SERVICING LLC, C/O NATIONSTAR MTG LLC dba MR. COOPER(*), PO BOX 619094, DALLAS, TX 75261-9741 |
| ORIGINAL CREDITOR'S COUNSEL: <br> BRIAN C NICHOLAS ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | |
| NEW CREDITOR: | |