**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/04/2022

IN RE:

| | |
|---|---|
| SHANDA K. WELSH<br>294 HILLCREST CIRCLE<br>PITTSBURGH, PA 15237<br>XXX-XX-3656         Debtor(s) | Case No.19-23468 GLT<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/4/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Credit Description / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SAMS CLUB/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6804 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PINGORA LN SVCNG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PINGORA LOAN SERVICING LLC**<br>C/O NATIONSTAR MTG LLC dba MR. COOPER(*)<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 9/19*FR CENLAR-DOC 32*$RTND*NTC-RSV | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3805 |
| **PA AMERICAN WATER CO FCU**<br>6050 LIBRARY RD<br>BETHEL PARK, PA  15102-4026 | Trustee Claim Number: 5    INT %: 4.99%<br>Court Claim Number: 5<br>CLAIM:  37,048.17<br>COMMENT:  CL5GOV@4.99%/PL*PMT/CONF*W/14 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4597 |
| **AFFIRM**<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA  94108 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIZENS BANK NA****<br>C/O FIRSTMARK SERVICES<br>PO BOX 2977<br>OMAHA, NE  68103 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM:  5,632.56<br>COMMENT:  0204/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7306 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM:  1,905.54<br>COMMENT:  KAY JEWELERS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9994 |
| **DOLLAR BANK FSB****<br>2700 LIBERTY AVE<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM:  21,589.77<br>COMMENT:  LOAN DATE 1/26/2018 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2009 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM:  260.98<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7554 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 5,038.65<br>COMMENT: THE HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5226 |
| **KLARNA CREDIT**<br>PO BOX 206487<br><br>DALLAS, TX 75320-6487 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3328 |
| **PA AMERICAN WATER CO FCU**<br>6050 LIBRARY RD<br><br>BETHEL PARK, PA 15102-4026 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4574 |
| **PA AMERICAN WATER CO FCU**<br>6050 LIBRARY RD<br><br>BETHEL PARK, PA 15102-4026 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 8,461.26<br>COMMENT: 7020/SCH\*W/5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4597 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7443 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 7,567.81<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8137 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 8,524.27<br>COMMENT: AT HOME/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4194 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 20,485.84<br>COMMENT: CARE CREDIT/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4972 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 12,840.31<br>COMMENT: SAMS CLUB/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5572 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 4,280.50<br>COMMENT: TJX/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1448 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  50325-3439 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  4,334.75<br>COMMENT:  SHOP YOUR WAY MASTERCARD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9912 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO  63197-0321 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  27,551.23<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3656 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO  63197-0321 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  5,543.43<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3656 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO  63197-0321 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  9,725.04<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3656 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO  63197-0321 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  42,922.57<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3656 |
| **USAA FEDERAL SAVINGS BANK**<br>10750 MCDERMOTT FWY<br>SAN ANTONIO, TX  78288-0596 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  50325-3439 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SEARS | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BRINKS HOME SECURITY**<br>POB 660418<br>DALLAS, TX  75266 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO ADR/SCH G | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SPRINT CORP(\*)**<br>PO BOX 3326<br>ENGLEWOOD, CO  80155-3326 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO ADR/SCH G | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **XFINITY CABLE** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 300 CORLISS ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15204 | COMMENT:  NO ADR/SCH G | |
| | | |
| **CREDITOR INFORMATION MISSING OR VAGUE** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| NEED VERIFICATION | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| | COMMENT:  DOUGLAS SABLE~NO ADR/SCH H | |
| | | |
| **PINGORA LOAN SERVICING LLC** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O NATIONSTAR MTG LLC dba MR. COOPER(*) | Court Claim Number:12 | ACCOUNT NO.:  3805 |
| PO BOX 619094 | CLAIM:  448.88 | |
| DALLAS, TX  75261-9741 | COMMENT:  CL12GOV*$0ARRS/PL*THRU 8/19*FR CENLAR-DOC 32*NTC-RSV@4 | |
| | | |
| **GRB LAW**** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | |