# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 19-23468 GLT |
|     SHANDA K. WELSH, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 51 |
| PINGORA LOAN SERVICING, | ) Related to Docket No. |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 12 |
| | ) |
|     SHANDA K. WELSH AND | ) |
|     RONDA J. WINNECOUR, | ) |
|     CHAPTER 13 TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Shanda K. Welsh, by and through her attorney, who respectfully represents the following:

1. On or about August 31, 2019, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Pingora Loan Servicing filed a Notice of Mortgage Payment Change. The monthly mortgage payment of **$1,445.21** is being **increased** to **$1,508.54** effective **12/1/2022**.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Date: 11/8/2022

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

     I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 8th day of November, 2022, by Electronic Filing, upon the following:

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
cmecf@chapter13trusteewdpa.com

Pingora Loan Servicing  
Attn: Brian Nicholas, Esquire  
bnicholas@kmllawgroup.com

By: /s/ Rodney D. Shepherd  
Rodney D. Shepherd  
Attorney for the Debtor  
PA I.D. No. 56914  
rodsheph@cs.com  
2403 Sidney Street  
Suite 208  
Pittsburgh, PA 15203  
412 471-9670