UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-23468 GLT |
|     SHANDA K. WELSH, | ) | |
| | ) | Chapter 13 |
|         Debtor. | ) | |
| | ) | Docket No. 53 |
|     SHANDA K. WELSH, | ) | Related to Docket No. 52 |
| | ) | |
|         Movant, | ) | |
| | ) | |
|         vs. | ) | Hearing Date & Time: 5/9/2023 at 9:00 a.m. |
| | ) | |
| DUQUESNE LIGHT, PRA | ) | |
| RECEIVABLES, PEOPLES | ) | |
| GAS, AFFIRM, CENLAR, | ) | |
| CITIBANK, CITIZNES | ) | |
| BANK, COMENITY BANK, | ) | |
| DOLLAR BANK, HOME | ) | |
| DEPOT, KLARNA, U.S. | ) | |
| TRUSTEE, PA-AMERICAN, | ) | |
| PNC BANK, PINGORA, | ) | |
| PORTFOLIO, QUANTUM3, | ) | |
| SYW, SEARS, AT HOME, | ) | |
| CARECREDIT, TJX, SAMS | ) | |
| CLUB, U.S. DEPT. OF ED., | ) | |
| U.S.A.A. AND RONDA J. | ) | |
| WINNECOUR, CHAPTER | ) | |
| 13 TRUSTEE, | ) | |
|         Respondents. | ) | |

**HEARING NOTICE ON**
**Motion to Sell Real Estate Free and Clear Of All Mortgages,**
**Judgments, Liens, Claims and Encumbrances**

TO THE RESPONDENT(s):

    You are notified that the above Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than April 21, 2023 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the

Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and Motion to a lawyer at once.

An in-person hearing will be held on May 9, 2023 at 9:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to a scheduled hearing. All parties participating remotely shall comply shall comply with Judge Taddonio's *General Procedures,* (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: April 4, 2023; service by U.S. Mail and electronic filing.

By:   /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for Movant/Applicant
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA  15203
(412) 471-9670