# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/9/23 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-23468-GLT |
| | : | Chapter: | 13 |
| Shanda K. Welsh | : | | |
| | : | | |
| | : | Date: | 5/9/2023 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #55 - Amended Motion to Sell Property Free and Clear of Liens
[Response due 4/28/2023]

**APPEARANCES**:
  Debtor:   Rodney D. Shepherd [Shanda Welsh]
  Trustee:   Owen Katz

**NOTES:**   [9:00]

Shepherd: Sale to insider - selling entire interest to Mr. Sable.

*The property is exposed for sale. $295,000 is highest and best offer.*

Katz:   Sale provides an estimated $55-60,000 which yields approximately 55-60% on non-specially classified general unsecured claims.

**OUTCOME:**

1) For the reasons stated on the record, the *Amended Motion to Sell Real Estate Free and Clear of all Mortgages, Judgments, Liens, Claims and Encumbrances* [Dkt. No. 55] is GRANTED. [DB to enter proposed order at Dkt. No. 55].

**DATED:**  5/9/2023