Certificate Number: 15317-PAW-DE-039486588

Bankruptcy Case Number: 19-23468



15317-PAW-DE-039486588

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 26, 2025</u>, at <u>3:28</u> o'clock <u>PM PDT</u>, <u>Shanda K Welsh</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  March 26, 2025                By:    /s/Evanessa Noval

                                     Name:  Evanessa Noval

                                     Title: Credit Counselor