Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Shanda K. Welsh** | : | Case No. 19−23468−GLT |
| aka Shanda K. Sable | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 99 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/2/25 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 25th of April, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 99 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before June 9, 2025*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 2, 2025 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Shanda K. Welsh  
    Debtor

Case No. 19-23468-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 25, 2025      Form ID: 604      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanda K. Welsh, 2109 W. Sunbury Rd, Hilliards, PA 16040-1207 |
| 15116257 | + | Dollar Bank Servicing Center, P.O. Box 555, Pittsburgh, PA 15230-0555 |
| 15127399 | + | Dollar Bank, FSB, c/o Dollar Bank, FSB Collections Dept., 2700 Liberty Ave., Pittsburgh, PA 15222-4700 |
| 15116263 | | Pennsylvania-American Water FCU, P.O. Box 37603, Philadelphia, PA 19101-0603 |
| 15116264 | | Peoples, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 15116271 | + | SYW/CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15116275 | | U.S.A.A. Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2025 00:34:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2025 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15117572 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 26 2025 00:21:29 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 15116253 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 26 2025 00:18:00 | Cenlar, P.O. Box 77404, Ewing, NJ 08628 |
| 15116254 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 26 2025 00:17:00 | Citizens Bank, c/o Firstmark Services, P.O. Box 82522, Lincoln, NE 68501-2522 |
| 15129415 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 26 2025 00:17:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 15154366 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2025 00:21:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15116255 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2025 00:18:00 | Comenity Bank/Kay Jewelers, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15116256 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2025 00:18:00 | Comenity Bank/Kay Jewelers, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15116259 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2025 00:19:00 | Duquesne Light, 411 Seventh Avenue, MD 6-1, Pittsburgh, PA 15219-1942 |
| 15155973 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2025 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15116260 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2025 00:21:54 | Home Depot Credit Services, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15117571 | | Email/Text: customerservice.us@klarna.com | Apr 26 2025 00:17:00 | Klarna, Attn: Klarna Credit, P.O. Box206487, Dallas, TX 75320-6487 |

Case 19-23468-GLT   Doc 101   Filed 04/27/25   Entered 04/28/25 00:27:02   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: 604 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15116262 | | Email/Text: paw.fcu@verizon.net | Apr 26 2025 00:18:00 | PA-American Water FCU, 6050 Library Road, Bethel Park, PA 15102-4026 |
| 15116265 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2025 00:17:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15152627 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2025 00:17:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15156316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2025 00:20:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15125878 | + | Email/Text: paw.fcu@verizon.net | Apr 26 2025 00:18:00 | Pennsylvania-American Water Federal Credit Union, 6050 Library Rd., Bethel Park, PA 15102-4026 |
| 15155599 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 26 2025 00:18:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15194609 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2025 00:18:00 | Pingora Loan Servicing, LLC, C/O Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15151970 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2025 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15116266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2025 00:35:19 | Sears Mastercard, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 15116644 | ^ | MEBN | Apr 25 2025 23:57:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15116267 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2025 00:20:58 | Synchrony Bank/At Home, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15116268 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2025 00:21:49 | Synchrony Bank/Carecredit, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15116269 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2025 01:01:18 | Synchrony Bank/Sam's Club, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15116270 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2025 00:21:28 | Synchrony Bank/TJX Rewards, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15116272 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2025 00:21:01 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15116273 | ^ | MEBN | Apr 25 2025 23:56:37 | U.S. Department of Education/GL, 2401 International, P.O. Box 7859, Madison, WI 53707-7859 |
| 15116274 | ^ | MEBN | Apr 25 2025 23:56:38 | U.S. Department of Education/GLE, 2401 International, P.O. Box 7859, Madison, WI 53707-7859 |
| 15122824 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 26 2025 00:18:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pingora Loan Servicing ,LLC enote vesting-- Nation |
| cr | | Pingora Loan Servicing, LLC |
| cr | | Pingora Loan Servicing, LLC unless in the state of |
| 15116252 | | Affirm |
| 15116258 | | Douglas Sable |
| 15116261 | | Klarna |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 25, 2025 | Form ID: 604 | Total Noticed: 38 |

cr          *+          Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Pingora Loan Servicing LLC unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Pingora Loan Servicing LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Shanda K. Welsh rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8