| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Shanda K. Welsh <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3656 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–23468–GLT | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Shanda K. Welsh
   aka Shanda K. Sable

<u>6/10/25</u>                                                                       **By the court:** <u>Gregory L Taddonio</u>
                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23468-GLT |
| Shanda K. Welsh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 10, 2025 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanda K. Welsh, 2109 W. Sunbury Rd, Hilliards, PA 16040-1207 |
| 15116257 | + | Dollar Bank Servicing Center, P.O. Box 555, Pittsburgh, PA 15230-0555 |
| 15127399 | + | Dollar Bank, FSB, c/o Dollar Bank, FSB Collections Dept., 2700 Liberty Ave., Pittsburgh, PA 15222-4700 |
| 15116263 | | Pennsylvania-American Water FCU, P.O. Box 37603, Philadelphia, PA 19101-0603 |
| 15116264 | | Peoples, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 15116271 | + | SYW/CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15116275 | | U.S.A.A. Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 11 2025 03:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 11 2025 03:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jun 11 2025 03:55:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 11 2025 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15117572 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 11 2025 00:26:30 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 15116253 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 11 2025 00:06:00 | Cenlar, P.O. Box 77404, Ewing, NJ 08628 |
| 15116254 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 11 2025 00:06:00 | Citizens Bank, c/o Firstmark Services, P.O. Box 82522, Lincoln, NE 68501-2522 |
| 15129415 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 11 2025 00:06:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 15154366 | | EDI: CITICORP | Jun 11 2025 03:55:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15116255 | + | EDI: WFNNB.COM | Jun 11 2025 03:55:00 | Comenity Bank/Kay Jewelers, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15116256 | | EDI: WFNNB.COM | Jun 11 2025 03:55:00 | Comenity Bank/Kay Jewelers, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15116259 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 11 2025 00:06:00 | Duquesne Light, 411 Seventh Avenue, MD 6-1, Pittsburgh, PA 15219-1942 |
| 15155973 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jun 11 2025 00:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15116260 | + | EDI: CITICORP | Jun 11 2025 03:55:00 | Home Depot Credit Services, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15117571 | | Email/Text: customerservice.us@klarna.com | Jun 11 2025 00:06:00 | Klarna, Attn: Klarna Credit, P.O. Box206487, Dallas, TX 75320-6487 |
| 15116262 | | Email/Text: paw.fcu@verizon.net | Jun 11 2025 00:06:00 | PA-American Water FCU, 6050 Library Road, Bethel Park, PA 15102-4026 |
| 15116265 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2025 00:06:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15152627 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2025 00:06:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15156316 | | EDI: PRA.COM | Jun 11 2025 03:55:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15125878 | + | Email/Text: paw.fcu@verizon.net | Jun 11 2025 00:06:00 | Pennsylvania-American Water Federal Credit Union, 6050 Library Rd., Bethel Park, PA 15102-4026 |
| 15155599 | + | Email/Text: BKelectronicnotices@cenlar.com | Jun 11 2025 00:06:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15194609 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2025 00:06:00 | Pingora Loan Servicing, LLC, C/O Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15151970 | | EDI: Q3G.COM | Jun 11 2025 03:55:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15116266 | + | EDI: CITICORP | Jun 11 2025 03:55:00 | Sears Mastercard, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 15116644 | ^ | MEBN | Jun 11 2025 00:01:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15116267 | | EDI: SYNC | Jun 11 2025 03:55:00 | Synchrony Bank/At Home, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15116268 | | EDI: SYNC | Jun 11 2025 03:55:00 | Synchrony Bank/Carecredit, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15116269 | | EDI: SYNC | Jun 11 2025 03:55:00 | Synchrony Bank/Sam's Club, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15116270 | | EDI: SYNC | Jun 11 2025 03:55:00 | Synchrony Bank/TJX Rewards, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15116272 | | EDI: CITICORP | Jun 11 2025 03:55:00 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15116273 | ^ | MEBN | Jun 11 2025 00:01:37 | U.S. Department of Education/GL, 2401 International, P.O. Box 7859, Madison, WI 53707-7859 |
| 15116274 | ^ | MEBN | Jun 11 2025 00:01:38 | U.S. Department of Education/GLE, 2401 International, P.O. Box 7859, Madison, WI 53707-7859 |
| 15122824 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2025 00:06:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: 3180W | Total Noticed: 40 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pingora Loan Servicing ,LLC enote vesting-- Nation |
| cr | | Pingora Loan Servicing, LLC |
| cr | | Pingora Loan Servicing, LLC unless in the state of |
| 15116252 | | Affirm |
| 15116258 | | Douglas Sable |
| 15116261 | | Klarna |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Pingora Loan Servicing  LLC unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Shanda K. Welsh rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 8